JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
APR 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Christopher J. Patterson, et al., <br><br> Defendants. | CASE NO. CV 09-8883 WDK FMOx <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CHRISTOPHER J. PATTERSON and SYLVIA PATTERSON, individually and d/b/a CJ'S BBQ, and d/b/a CJ'S BBQ #2; and KOOLMEX, an unknown business entity d/b/a CJ'S BBQ, and d/b/a CJ's BBQ #2 |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants CHRISTOPHER J. PATTERSON and SYLVIA PATTERSON, individually and d/b/a CJ'S BBQ, and d/b/a CJ'S BBQ #2; and KOOLMEX, an unknown business entity d/b/a CJ'S BBQ, and d/b/a CJ'S BBQ #2 that the above-entitled action is hereby dismissed **with prejudice** against CHRISTOPHER J. PATTERSON and SYLVIA PATTERSON, individually and d/b/a CJ'S BBQ, and d/b/a CJ'S BBQ #2; and KOOLMEX, an unknown business entity d/b/a CJ'S BBQ, and d/b/a CJ'S BBQ #2 to the Court's jurisdiction to enforce the

1

settlement agreement reached between the Parties.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**


_____          Dated: 4/19/10
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

2